# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0097
LT Case No. 16-2010-CA-1913

_____

STEPHEN M. STARKE,

    Appellant,

    v.

STACEY M. CAPPS, AS TRUSTEE
OF THE CAPPS LIVING TRUST,
FIRST COAST LAND
MANAGEMENT, LLC, ALTO
RAYBURN TOMLIN, SR., and
SHERRAN L. TOMLIN,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
G.L. Feltel, Jr., Judge.

R. Cash Barlow, of The Legal Consult, P.A., Yulee, for Appellant.

Alan S. Wachs, James R. McCachren, and Ashley B. Carlisle, of
Smith, Gambrell & Russell, LLP, Jacksonville, for Appellee,
Stacey M. Capps, as Trustee of the Capps Living Trust.

No Appearance for Remaining Appellees.


October 23, 2025


PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____